District Judge James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE UNIVERSITY OF WASHINGTON, a Washington state agency; THE CENTER FOR HUMAN RIGHTS AT THE UNIVERSITY OF WASHINGTON, a research center created by state law; and MINA MANUCHEHRI, a fellow at the Center;<br><br>Plaintiffs,<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY;<br><br>Defendant. | CASE NO. C15-1577-JLR<br><br>STATUS REPORT<br><br>NOTED FOR CONSIDERATION: January 3, 2017 |

COME NOW Plaintiffs THE UNIVERSITY OF WASHINGTON, the CENTER FOR HUMAN RIGHTS AT THE UNIVERSITY OF WASHINGTON, AND MINA MANUCHEHRI (collectively "the UWCHR") and Defendant CENTRAL INTELLIGENCE AGENCY (the "CIA") hereby provide the Court with a Status Update pursuant to the Court's December 7, 2016 Order.

STATUS REPORT - 1
(CASE NO. C15-1577-JLR)

As the Court is aware, this suit pertains to Plaintiffs' request under the Freedom of Information Act ("FOIA") for certain documents related to activities of retired Salvadoran Colonel Sigifredo Ochoa Pérez. Since Plaintiffs filed the Complaint the CIA has produced over 100 documents to the Plaintiffs and is currently in the process of reviewing additional responsive documents from its "operational files." The parties continue to work together cooperatively to avoid any unnecessary motion practice. The CIA expects to produce additional responsive materials to Plaintiffs by March 30, 2017. Accordingly, the parties propose that they submit another status report to update the Court on their progress by April 15, 2017.

DATED January 3, 2017

Respectfully Submitted,
ANNETTE L. HAYES
United States Attorney

*s/ Kayla C. Stahman*
KAYLA C. STAHMAN, CABA #228931
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-7970
Fax: (206) 553-4073
Email: kayla.stahman@usdoj.gov

*Attorney for Defendant*

*s/ Thomas R. Burke*
THOMAS R. BURKE
DAVIS WRIGHT TREMAINE (SF)
505 Montgomery Street, Suite 800
San Francisco, California 94111
Phone: (206) 757-8176
Email: Thomasburke@dwt.com

STATUS REPORT - 2
(CASE NO. C15-1577-JLR)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

*s/ Tom Wyrwich*
TOM WYRWICH
DAVIS WRIGHTTREMAINE (SEA)
1201 Third Avenue, Suite 2200
Seattle, Washington 98101-3045
Phone: (206) 757-8176
Email: Tomwyrwich@dwt.com

*Attorneys for Plaintiffs*

STATUS REPORT - 3
(CASE NO. C15-1577-JLR)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970