District Judge James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE UNIVERSITY OF WASHINGTON, a Washington state agency; THE CENTER FOR HUMAN RIGHTS AT THE UNIERSITY OF WASHINGTON, a research center created by state law; and MINA MANUCHEHRI, a fellow at the Center;<br><br>Plaintiffs,<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY;<br><br>Defendant. | CASE NO. C15-1577-JLR<br><br>STATUS REPORT<br><br>NOTED FOR CONSIDERATION:<br><br>April 14, 2017 |

COME NOW Plaintiffs THE UNIVERSITY OF WASHINGTON, the CENTER FOR HUMAN RIGHTS AT THE UNIVERSITY OF WASHINGTON, AND MINA MANUCHEHRI (collectively "the UWCHR") and Defendant CENTRAL INTELLIGENCE AGENCY (the "CIA") hereby provide the Court with a Status Update pursuant to the Court's January 4, 2017 Order. (Dkt. No. 12).

STATUS REPORT - 1
(CASE NO. C15-1577-JLR)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

In this Freedom of Information Act (FOIA) suit in which Plaintiffs seek documents related to the activities of retired Salvadoran Colonel Sigifredo Ochoa Perez. Since the parties' last status report to the Court, the CIA has produced additional documents from its "operational files" and is in the process of preparing a *Vaughn* index as to additional documents that it withheld from this production in full or in part. The parties continue to work together cooperatively to avoid any unnecessary motion practice. The CIA expects to produce its *Vaughn* index by May 19, 2017. Accordingly, the parties propose that they submit another status report to update the Court on their progress by June 9, 2017.

Respectfully Submitted,
ANNETTE L. HAYES
United States Attorney

*s/ Kayla C. Stahman*
KAYLA C. STAHMAN, CABA #228931
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-7970
Fax: (206) 553-4073
Email: kayla.stahman@usdoj.gov

*Attorney for Defendant*

*s/ Thomas R. Burke*
THOMAS R. BURKE
DAVIS WRIGHT TREMAINE (SF)
505 Montgomery Street, Suite 800
San Francisco, California 94111
Phone: (206) 757-8176
Email: Thomasburke@dwt.com

STATUS REPORT - 2
(CASE NO. C15-1577-JLR)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 1 | *s/ Tom Wyrwich* |
| 2 | TOM WYRWICH |
| | DAVIS WRIGHT TREMAINE (SEA) |
| 3 | 1201 Third Avenue, Suite 2200 |
| 4 | Seattle, Washington 98101-3045 |
| | Phone: (206) 757-8176 |
| 5 | Email: Tomwyrwich@dwt.com |
| 6 | |
| 7 | *Attorneys for Plaintiffs* |

(Lines 8–28 blank)

STATUS REPORT - 3
(CASE NO. C15-1577-JLR)