District Judge James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE UNIVERSITY OF WASHINGTON, a Washington state agency; THE CENTER FOR HUMAN RIGHTS AT THE UNIERSITY OF WASHINGTON, a research center created by state law; and MINA MANUCHEHRI, a fellow at the Center;<br><br>Plaintiffs,<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY;<br><br>Defendant. | CASE NO. C15-1577-JLR<br><br>STATUS REPORT |

COME NOW Plaintiffs THE UNIVERSITY OF WASHINGTON, the CENTER FOR HUMAN RIGHTS AT THE UNIVERSITY OF WASHINGTON, AND MINA MANUCHEHRI (collectively "the UWCHR") and Defendant CENTRAL INTELLIGENCE AGENCY (the "CIA") hereby provide the Court with a Status Update pursuant to the Court's August 14, 2017 Order.

STATUS REPORT - 1
(CASE NO. C15-1577-JLR)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

In this Freedom of Information Act ("FOIA") suit in which Plaintiffs seek documents related to the activities of retired Salvadoran Colonel Sigifredo Ochoa Perez. Since the parties' last status report to the Court, the CIA has completed its document production. The parties are currently discussing how and if the suit can be fully resolved. The parties continue to work together cooperatively to avoid any unnecessary motion practice and will submit another status report by December 11, 2017 to update the Court on their progress or if they anticipating the filing of motions is necessary.

DATED this 10th day of October, 2017

Respectfully Submitted,
ANNETTE L. HAYES
United States Attorney

*s/ Kayla C. Stahman*
KAYLA C. STAHMAN, CABA #228931
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-7970
Fax: (206) 553-4073
Email: kayla.stahman@usdoj.gov

*Attorney for Defendant*

*s/ Thomas R. Burke*
THOMAS R. BURKE
DAVIS WRIGHT TREMAINE (SF)
505 Montgomery Street, Suite 800
San Francisco, California 94111
Phone: (206) 757-8176
Email: Thomasburke@dwt.com

STATUS REPORT - 2
(CASE NO. C15-1577-JLR)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 1 | |
| 2 | *s/ Tom Wyrwich* |
| 3 | TOM WYRWICH<br>DAVIS WRIGHTTREMAINE (SEA) |
| 4 | 1201 Third Avenue, Suite 2200 |
| 5 | Seattle, Washington 98101-3045<br>Phone: (206) 757-8176 |
| 6 | Email: Tomwyrwich@dwt.com |
| 7 | |
| 8 | *Attorneys for Plaintiffs* |

STATUS REPORT - 3
(CASE NO. C15-1577-JLR)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

# CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the preceding document with the Clerk of the Court using the ECF system, which will send notification of such filing to the following individuals:

| | |
|---|---|
| Thomas R. Burke | Thomasburke@dwt.com |
| Tom Wyrwich | Tomwyrwich@dwt.com |

I hereby certify that I have served the foregoing document to the following non-CM/ECF participant(s)/CM/ECF participant(s), via USPS mail, postage pre-paid.

-0-

DATED this 10th day of October, 2017.

        */s/ Rebecca Eaton*
REBECCA EATON, Paralegal
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-7970
Fax: (206) 553-4067
E-mail: rebecca.eaton@usdoj.gov

STATUS REPORT - 4
(CASE NO. C15-1577-JLR)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970