UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE UNIVERSITY OF WASHINGTON, a Washington state agency; THE CENTER FOR HUMAN RIGHTS AT THE UNIERSITY OF WASHINGTON, a research center created by state law; and MINA MANUCHEHRI, a fellow at the Center;<br><br>Plaintiffs,<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY;<br><br>Defendant. | CASE NO. C15-1577-JLR<br><br>STATUS REPORT |

COME NOW Plaintiffs THE UNIVERSITY OF WASHINGTON, the CENTER FOR HUMAN RIGHTS AT THE UNIVERSITY OF WASHINGTON, AND MINA MANUCHEHRI (collectively "the UWCHR") and Defendant CENTRAL INTELLIGENCE AGENCY (the "CIA") hereby provide the Court with a Status Update pursuant to the Court's December 12, 2017 Order.

STATUS REPORT - 1
(CASE NO. C15-1577-JLR)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

In this Freedom of Information Act ("FOIA") suit in which Plaintiffs seek documents related to the activities of retired Salvadoran Colonel Sigifredo Ochoa Perez. Since the parties' last status report to the Court, the parties have engaged in settlement discussions to resolve Plaintiffs' claim for attorneys' fees and costs, as this is the only remaining issue in this litigation. To date, the parties have been unable to reach a resolution of this claim but are continuing to engage in discussions. For this reason, the parties request that the Court allow them to file another status report on February 12, 2018.

DATED this 11th day of January, 2018

Respectfully Submitted,
ANNETTE L. HAYES
United States Attorney

*s/ Kayla C. Stahman*
KAYLA C. STAHMAN, CABA #228931
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-7970
Fax: (206) 553-4073
Email: kayla.stahman@usdoj.gov

*s/ Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-7970
Fax: (206) 553-4073
Email: michelle.lambert@usdoj.gov

*Attorneys for Defendant*

STATUS REPORT - 2
(CASE NO. C15-1577-JLR)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 1 | |
| 2 | *s/ Thomas R. Burke* |
| 3 | THOMAS R. BURKE |
|   | DAVIS WRIGHT TREMAINE (SF) |
| 4 | 505 Montgomery Street, Suite 800 |
|   | San Francisco, California 94111 |
| 5 | Phone: (206) 757-8176 |
| 6 | Email: Thomasburke@dwt.com |

*s/ Jordan Clark*
JORDAN CLARK, WSBA #49659
DAVIS WRIGHT TREMAINE (SEA)
1201 Third Avenue, Suite 2200
Seattle, Washington 98101-3045
Phone: (206) 757-8031
Email: jordanclark@dwt.com

*Attorneys for Plaintiffs*

STATUS REPORT - 3
(CASE NO. C15-1577-JLR)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970