District Judge James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE UNIVERSITY OF WASHINGTON, a Washington state agency; THE CENTER FOR HUMAN RIGHTS AT THE UNIERSITY OF WASHINGTON, a research center created by state law; and MINA MANUCHEHRI, a fellow at the Center;<br><br>Plaintiffs,<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY;<br><br>Defendant. | CASE NO.  C15-1577-JLR<br><br>STATUS REPORT |

COME NOW Plaintiffs THE UNIVERSITY OF WASHINGTON, the CENTER FOR HUMAN RIGHTS AT THE UNIVERSITY OF WASHINGTON, AND MINA MANUCHEHRI (collectively "the UWCHR") and Defendant CENTRAL INTELLIGENCE AGENCY (the "CIA") hereby provide the Court with a Status Update pursuant to the Court's March 15, 2018 Order.

In this Freedom of Information Act ("FOIA") suit, Plaintiffs seek documents related to the activities of retired Salvadoran Colonel Sigifredo Ochoa Perez.  Since the parties' last status report to the Court, the parties have reached a settlement in principle concerning Plaintiffs'

STATUS REPORT - 1
(CASE NO. C15-1577-JLR)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  claim of attorneys' fees and costs.  The parties need additional time to finalize the written terms
2  of the agreement.   For this reason, the parties request that the Court allow them to file another
3  status report on or before May 18, 2018.  To the extent that there are any developments
4  warranting the imposition of a briefing schedule prior to that date, the parties will so inform the
5  Court.

6        DATED this 11th day of April, 2018

                                    Respectfully Submitted,
                                    ANNETTE L. HAYES
                                    United States Attorney

                                    *s/ Michelle R. Lambert*
                                    MICHELLE R. LAMBERT, NYS #4666657
                                    Assistant United States Attorney
                                    United States Attorney's Office
                                    700 Stewart Street, Suite 5220
                                    Seattle, Washington  98101
                                    Phone: (206) 553-7970
                                    Fax: (206) 553-4073
                                    Email: michelle.lambert@usdoj.gov

                                    *Attorneys for Defendant*

STATUS REPORT - 2
(CASE NO. C15-1577-JLR)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 1 | *s/ Thomas R. Burke* |
| 2 | THOMAS R. BURKE |
| 3 | DAVIS WRIGHT TREMAINE (SF) |
| | 505 Montgomery Street, Suite 800 |
| 4 | San Francisco, California 94111 |
| 5 | Phone: (206) 757-8176 |
| | Email: Thomasburke@dwt.com |

*s/ Jordan Clark*
JORDAN CLARK, WSBA #49659
DAVIS WRIGHT TREMAINE (SEA)
1201 Third Avenue, Suite 2200
Seattle, Washington 98101-3045
Phone: (206) 757-8031
Email: jordanclark@dwt.com

*Attorneys for Plaintiffs*

STATUS REPORT - 3
(CASE NO. C15-1577-JLR)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970