# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNIVERSITY OF WASHINGTON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CENTRAL INTELLIGENCE AGENCY, <br><br> Defendant. | CASE NO. C15-1577JLR <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

The court has received the parties' latest joint status report. (Rep. (Dkt. # 25).) The parties have reached "a settlement in principle" but "need additional time to finalize the written terms of the agreement." (*Id.* at 1-2.) They propose filing another joint status report on May 18, 2018, regarding those efforts. (*Id.* at 2.)

//

The court therefore ORDERS the parties to file a joint status report no later than May 18, 2018, informing the court whether the parties have finalized the settlement and whether this case may be closed.  If the parties have not perfected settlement by that date, the parties' report must propose a course of action for the resolution of the case.

Filed and entered this 13th day of April, 2018.

                               WILLIAM M. MCCOOL
                               Clerk of Court

                               s/ Ashleigh Drecktrah
                               Deputy Clerk