District Judge James L. Robart

## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

THE UNIVERSITY OF WASHINGTON, a
Washington state agency; THE CENTER
FOR HUMAN RIGHTS AT THE
UNIERSITY OF WASHINGTON, a
research center created by state law; and
MINA MANUCHEHRI, a fellow at the
Center,

     Plaintiffs,

    v.

CENTRAL INTELLIGENCE AGENCY,

     Defendant.

CASE NO.  C15-1577-JLR

STIPULATED ORDER FOR
DISMISSAL

Noted for Consideration:
 May 23, 2018

   The above-captioned action against the Central Intelligence Agency having been settled,
the parties, through their undersigned counsel and respective attorneys of record, now hereby
stipulate to the dismissal with prejudice of the above-captioned action.

//

//

//

STIPULATED ORDER FOR DISMISSAL - 1
(CASE NO. C15-1577-JLR)

1    Respectfully submitted,

2

3    DATED this 22nd day of May, 2018.

4

5

6                                              ANNETTE L. HAYES
                                               United States Attorney
7
                                               *s/ Michelle R. Lambert*
8                                              MICHELLE R. LAMBERT, NYS #4666657
9                                              Assistant United States Attorney
                                               United States Attorney's Office
10                                             700 Stewart Street, Suite 5220
                                               Seattle, Washington  98101
11                                             Phone: (206) 553-7970
12                                             Fax: (206) 553-4073
                                               Email: michelle.lambert@usdoj.gov
13
14                                             *Attorneys for Defendant*
15

16

17                                             *s/ Thomas R. Burke*
18                                             THOMAS R. BURKE
                                               DAVIS WRIGHT TREMAINE (SF)
19                                             505 Montgomery Street, Suite 800
20                                             San Francisco, California  94111
                                               Phone: (206) 757-8176
21                                             Email: Thomasburke@dwt.com
22
                                               *Attorneys for Plaintiff*
23

24

25

26

27

28

STIPULATED ORDER FOR DISMISSAL - 2
(CASE NO. C15-1577-JLR)

## ORDER

IT IS HEREBY ORDERED that the Parties' Stipulation and Order for Dismissal is GRANTED for the reasons set forth in the Stipulation.

SO ORDERED.

Dated this 24th day of May, 2018.

_____
JAMES L. ROBART
United States District Judge

STIPULATED ORDER FOR DISMISSAL - 3
(CASE NO. C15-1577-JLR)